```
MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WASBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
        6401 Security Boulevard
        Baltimore, Maryland 21235
        Telephone: (510) 970-4801
        E-Mail: David.Priddy@ssa.gov
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORIN CHRISTOPHER LYONS,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CASE NO. 1:24-cv-01576-SKO<br><br>**STIPULATION AND UNOPPOSED MOTION TO VOLUNTARILY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**<br><br>(Doc. 18) |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Commissioner will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to re-evaluate the evidence of record. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: May 19, 2025             /s/ Wendy B. Pfau*
                                WENDY B. PFAU
                                Attorney for Plaintiff
                                *Authorized via e-mail on May 19, 2025

                                MICHELE BECKWITH
                                Acting United States Attorney
                                MATHEW W. PILE
                                Associate General Counsel
                                Social Security Administration

                        By:     /s/ David Priddy
                                DAVID PRIDDY
                                Special Assistant United States Attorney

                                Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation and Unopposed Motion to Voluntarily Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 18), and for cause shown,

**IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner. The Clerk shall also administratively close this file.

IT IS SO ORDERED.

Dated:  **May 23, 2025**                    /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE