Wendy B. Pfau, SBN: 257215
**POTTER, PADILLA & PFAU**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626)795-0681
Facsimile:  (626)795-0725
Email:  wpfau@potterpadillalaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORIN CHRISTOPHER LYONS, | Case No.: 1:24-cv-01576-SKO |
| Plaintiff, | **STIPULATION AND UNOPPOSED MOTION TO AWARD EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d), ORDER** |
| vs. | |
| FRANK BISGNANO, Commissioner of Social Security | (Doc. 21) |

Based upon the parties' Stipulation and Unopposed Motion for the Award and Payment of Equal Access to Justice Act Fees and Expenses, (Doc. 21),

**IT IS ORDERED** that fees and expenses in the amount of $7,907.77 (Seven Thousand, Nine Hundred Seven Dollars and Seventy-Seven Cents) as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:  **June 20, 2025**            /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

-1-